UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JULIAN BERTEAU,

No. CV04-1611-HU

Plaintiff,

OPINION AND ORDER

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

Defendant.

**MOSMAN, J.,**

On January 6, 2006, Magistrate Judge Hubel issued Findings and Recommendation
("F&R") (#19) in the above-captioned case recommending the case be remanded to the
Commissioner for further proceedings. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may
file written objections. The district court is not bound by the recommendations of the magistrate
judge, but retains responsibility for making the final determination. Where objections have been
made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to
review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate
judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United
States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Hubel's recommendation to REMAND FOR FURTHER PROCEEDINGS, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this __15th__ day of February, 2005.


  __/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
United States District Court